UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

In the Matter of:

HAMILTON PHILIP LINDLEY (TX Bar #2404483)    Cause Number: 6:20mc008

### RECIPROCAL ATTORNEY DISCIPLINARY ORDER

On December 9, 2019, the United States Court of Appeals for the Fifth Circuit entered an order removing Hamilton Philip Lindley from the roll of attorneys admitted to practice in the United States Court of Appeals for the Fifth Circuit.  Within twenty-one (21) days of service of the notice and order upon the attorney, the attorney may file a motion for modification or revocation of the order, pursuant to Local Rule AT-2(b)(2)(B).  Unless the court receives, prior to that date, a response from Hamilton Philip Lindley,  IT IS ORDERED that Hamilton Philip Lindley's name shall be removed from the roll of attorneys admitted to practice in this court effective thirty (30) days from the date of this order pursuant to Local Rule AT-2(b)(2)(A).

Signed this 24th day of April, 2020.

DAVID A. O'TOOLE, Clerk of Court

By: _Belinda Saenz_
Belinda Saenz, Deputy Clerk

FOR THE COURT – BY DIRECTION



# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**David A. O'Toole**  
**District Clerk**

211 West Ferguson  
Tyler, TX 75702

April 24, 2020

Via: <u>CERTIFIED MAIL,</u>  
<u>RETURN RECEIPT REQUESTED</u>

Hamilton Philip Lindley (TX Bar #24044838)  
2040 Clover Ridge  
McGregor, TX  76657

Re:  In the Matter of: Hamilton Philip Lindley, Cause Number: 6:20mc8

Dear Mr. Lindley,

Enclosed is a copy of a Reciprocal Attorney Disciplinary Order entered this date removing you from the roll of attorneys admitted to practice in this Court.

In accordance with Local Rule AT-2(b)(2)(B), the attorney may file a motion for modification or revocation of the order within twenty-one days of service of this notice.  If no motion is filed within the allotted twenty-one days, the Reciprocal Attorney Discipline Order will be in effect in accordance with Local Rule AT-2(A).

Very truly yours,

David A. O'Toole, Clerk

By: *Belinda Saenz*  
Belinda Saenz, Deputy Clerk

Enclosure.

Cc: Clerk, Fifth Circuit Court of Appeals  
    American Bar Association Data Bank  
    State Bar of Texas  
    United States Bankruptcy Court

U. S. COURT OF APPEALS
FILED
DEC 09 2019
FIFTH CIRCUIT
LYLE W. CAYCE, CLERK

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## ORDER

On November 16, 2017, the District 8 Grievance Committee, Evidentiary Panel 8-3, State Bar of Texas, issued a judgment of disbarment entitled "Commission for Lawyer Discipline v. Hamilton Philip Lindley." At the direction of the Chief Judge, IT IS ORDERED that Hamilton Lindley's name shall be removed from the roll of attorneys admitted to practice in this court effective 35 days from the date of this order unless the court receives prior to that date a response from Mr. Lindley showing cause why his right to practice before this court should not be terminated.

See FRAP 46(b).

LYLE W. CAYCE, Clerk
United States Court of Appeals for the Fifth Circuit

By: /s/ Shelley E. Saltzman
Shelley E. Saltzman, Deputy Clerk

FOR THE COURT - BY DIRECTION
Address:
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

true copy
Test:
Clerk, U S Court of Appeals Fifth Circuit
By: /s/ (Deputy)
New Orleans, Louisiana

DEC 09 2019

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7799  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 28, 2020

Recipients Listed Below

Dear Madam/Sir:

Enclosed is a copy of a self-explanatory certified order entered by this Court against attorney:

Hamilton Lindley [TX Bar #24044838]  
2040 Clover Ridge  
McGregor TX 76657

Mr. Lindley did not respond to the order which became final on January 13, 2020.

Very truly yours,

LYLE W. CAYCE, Clerk

By_____  
Shelley E. Saltzman, Deputy Clerk

Enclosure

Hon. Nathan L. Hecht (c/o Clerk of Court, SCTX)  
Hon. Orlando L. Garcia, Chief Judge WTX  
All District Court Clerks of the Fifth Circuit  
Ms. Sheila K. Booth  
Mr. Rob Colwell  
Ms. Monica Menier  
Mr. Danny Miller  
Ms. Shallanda Clay  
Mr. E. A. Apffel III, State Bar of Texas  
Mr. David J. Smith, Clerk, 11th Circuit